IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| as Trustee for the Cooperative District of ) | |
| Houston County–Country Crossing Project ) | |
| $21,325 Revenue bonds Series 2009 and ) | |
| $7,735,000 Revenue bond Series 2012, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:13cv004-WHA |
| ) | (wo) |
| RUSSELL T. WRIGHT, an individual; DR. ) | |
| ROBERT L. WRIGHT, JR., an individual, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Joint Motion for Entry of Attached Declaratory Judgment by Consent and Order (Doc. #32), the Motion is ORDERED GRANTED and the court will enter the Declaratory Judgment by Consent.

Done this 27th day of August, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE